IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GODWIN OKOYE,

     Plaintiff,

vs.                                                                                    Civ. No. 21-0105 KG/JFR

LIBRADA PEREZ and
ALUTIIQ MANAGEMENT SERVICES,

     Defendants.

ORDER OF REFERENCE

The plaintiff, Mr. Okoye, is proceeding pro se.  Although he brings the case under

Section 1983, Mr. Okoye fails to allege he was harmed by a state actor.  Plaintiff's claims also

include allegations of a hostile work environment, retaliation, and wrongful termination. Mr.

Okoye further alleges he was discriminated against based on national origin and age, claims

brought ostensibly under Title VII or ADEA, but it is not clear whether he has exhausted his

administrative remedies. It is not clear from Mr. Okoye's pleading whether federal law is

implicated here or the New Mexico Human Rights Act, or both.

In accordance with the provisions of 28 U.S.C. §§ 636(b)(1)(B), (b)(3), and *Va. Beach

Fed. Sav. & Loan Ass'n v. Wood*, 901 F.2d 849 (10th Cir. 1990), this matter is referred to

Magistrate Judge John F. Robbenhaar to order a more definite statement as to the claims,

clarifying whether federal or state law is involved, and to perform any legal analysis required to

recommend to the Court whether it has subject-matter jurisdiction.  The Magistrate Judge will

submit an analysis, including findings of fact, if necessary, and recommended disposition, to the

District Judge assigned to the case, with copies provided to the parties.  The parties will be given

the opportunity to object to the proposed findings, analysis, and disposition as described in 28

U.S.C. § 636(b)(1).  Objections must be filed within fourteen (14) days after being served with a

copy of the proposed disposition.

UNITED STATES DISTRICT JUDGE