IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GODWIN OKOYE,

    Plaintiff,

vs.                                                    Civ. No. 21-0105 KG/JFR

LIBRADA PEREZ and ALUTIIQ
MANAGEMENT SERVICES,

    Defendants.

## FINAL JUDGMENT

Having overruled Plaintiff's objections and adopted the Magistrate Judge's Proposed Findings and Recommended Disposition by Order on November 19, 2021 (Doc. 47),

    IT IS ORDERED that

1. Plaintiff's claims alleging a hostile work environment based on national origin, age, and disability pursuant to Title VII, the ADEA, and the ADA; and alleging retaliation pursuant to Title VII and the ADEA are dismissed with prejudice; and

2. Plaintiff's claims alleging a Section 1983 violation and alleging unlawful job termination are dismissed without prejudice; and

3. Judgment is entered against Plaintiff and in favor of Defendants.

_____
UNITED STATES DISTRICT JUDGE